IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ELLEN HALL, as Personal Representative of the Estate of Lucille A. Hall,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 18-51-GF-BMM<br><br>ORDER |

Due to limitations imposed by the government shutdown, the United States has filed an unopposed motion requesting that the Court vacate and reschedule the following deadlines: settlement conference set for February 6, 2019, and the associated deadline for submission of settlement agreements and statements set for January 30, 2019 (doc. 13); and expert disclosure deadlines set for January 25 and March 1, 2019 (doc. 11). Upon good cause being shown by the moving party,

IT IS HEREBY ORDERED that the motion is granted and the above deadlines are VACATED. Within ten days after the government shutdown has

1

ended, the parties will submit a status report to the Court outlining their availability for a settlement conference and requesting new settlement conference and expert disclosure deadlines.

**DATED** this 30th day of January, 2019.

_____
Brian Morris
United States District Court Judge